ISAAC BAER, Respondent, *v.* JOHN LEPPERT and another, Appellants.

5h 453
64ad119

*Indorser — promise of, to pay note not duly protested — when valid.*

In order to render valid the promise of an indorser to pay a note, which has not been duly presented for payment, it should be shown that it was made after notice or knowledge that he was not liable on the note on account of the defective nature of the notary's proceedings. (*Claim* v. *Colville,* 8 Johns., 382; *Trimble* v. *Thorne,* 16 id., 152; *Jones* v. *Savage,* 6 Wend., 658; *Tebbetts* v. *Dowd,* 23 id., 379; 1 Parsons on Bills and Notes, 595, 601, and cases cited in notes.)

Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the justice before whom the action was tried.

*Henry Wehle,* for appellants. *J. H. Hildreth,* for respondent.

Opinion by Daniels, J. Davis, P. J., and Brady, J., concurred.

Verdict and judgment set aside and new trial granted, with costs to abide the event.